UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRIS GREMMELS,

    Plaintiff,

v.

CALIFORNIA INSTITUTE OF INTEGRATED STUDIES,

    Defendant.

Case No. 21-cv-06101-PJH

**ORDER OF DISMISSAL**

United States District Court for the Northern District of California Civil Local Rule 3-11(b) allows parties 60 days to change their address after mail is returned undeliverable. Several orders mailed to plaintiff by the court have been returned as undeliverable. See Dkt. 21, Dkt. 23, Dkt. 24. More than 60 days have passed since the first order was returned undeliverable. The court DISMISSES the case on this basis.

Additionally, on February 8, 2022, the court dismissed plaintiff's complaint for failure to state a claim. Dkt. 19. In that order, the court warned that failure to file an amended complaint on or before March 10, 2022, would lead to dismissal with prejudice. Dkt. 19 at 4-5. Plaintiff did not comply. The court DISMISSES the case WITH PREJUDICE on this basis.

**IT IS SO ORDERED.**

Dated: April 25, 2022

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge