UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GREMMELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEG JORDAN,<br><br>　　　　Defendant. | Case No. 25-cv-03726-SK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Plaintiff Christian Gremmels' application to proceed *in forma pauperis* suggests that this case is potentially related to 21-cv-06101-PJH, *Gremmels v. California Institute of Integrated Studies*, with the Hon. Phyllis J. Hamilton presiding.  Because 21-cv-06101 is the lowest-numbered case, the Court therefore REFERS this case to Judge Hamilton and requests that Judge Hamilton consider whether these cases are related.  Civil L.R. 3-12(c).

　　　　**IT IS SO ORDERED**.

Dated: April 30, 2025

　　　　　　　　　　　　　　　　　　　　/s/ Sallie Kim
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge